■ AGWAY, INC.—DANSVILLE STORE, Respondent, v RICHARD CURTIS, Appellant. [601 NYS2d 735] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not err in denying defendant's motion to vacate a default judgment. It is undisputed that defendant did not appear in the action in the manner authorized by CPLR 320 (a). Even if, after he was served with a summons with notice, defendant sent two letters to plaintiff's attorney requesting an itemized statement of his account, we conclude that such letters were insufficient to constitute an informal appearance *(cf., Meyer v A & B Am.,* 160 AD2d 688; *Taylor v Taylor,* 64 AD2d 592; Siegel, NY Prac § 112 [2d ed]). (Appeal from Order of Supreme Court, Livingston County, Cicoria, J.—Vacate Default Judgment.) Present—Callahan, J. P., Pine, Lawton, Doerr and Davis, JJ.

■ BATH AGWAY CO-OP, INC., Respondent, v RICHARD CURTIS, Appellant. [601 NYS2d 894] —Order unanimously affirmed without costs *(see, Agway, Inc. v Curtis,* 195 AD2d 1077 [decided herewith]). (Appeal from Order of Supreme Court, Livingston County, Cicoria, J.—Vacate Default Judgment.) Present—Callahan, J. P., Pine, Lawton, Doerr and Davis, JJ.